1 BENJAMIN B. WAGNER
United States Attorney
2 RICHARD J. BENDER
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, California 95814
4 Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | NO. 2-12-cr-077 JAM |
| | ) | |
| v. | ) | ORDER UNSEALING FILES |
| | ) | |
| BRANDON ALTON CONLEY, and | ) | |
| RAMON GERARDO ARMENTA, | ) | |
| aka Lamberto Enrique Beltran, | ) | |
| | ) | |
| Defendants. | ) | |

Upon application of the government, and good cause appearing therefore, IT IS HEREBY ORDERED that the indictment and its files in the above-referenced case be, and hereby are, UNSEALED.

DATED: March 1, 2012

/s/ Carolyn K. Delaney
HONORABLE CAROLYN K. DELANEY
United States Magistrate Judge