LAW OFFICES OF CHRIS COSCA
CHRIS COSCA      CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
BRANDON ALTON CONLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2: 12-CR-0077 JAM |
| Plaintiff, | ) | **WAIVER OF DEFENDANT BRANDON ALTON CONLEY'S APPEARANCE AND ORDER** |
| vs. | ) | |
| BRANDON ALTON CONLEY, | ) | |
| Defendant. | ) | |

   Defendant BRANDON ALTON CONLEY hereby waives his right to be personally present in open court for the hearing of any status conference, motion or other proceeding in this case, except that he will agree to be personally present for any plea, sentencing or jury trial, and he agrees to be personally present in court when so ordered.

   Defendant BRANDON ALTON CONLEY hereby requests the court to proceed in his absence. Defendant agrees that his interests will be deemed represented at all times by the presence of his undersigned attorney, the same as if he were personally present. Defendant further agrees to be present in court ready for trial on any date set by the court in his absence.

   Defendant further acknowledges that he has been informed of his rights under the

1

USA v. CONLEY- WAIVER OF APPEARANCE

PDF created with pdfFactory trial version www.pdffactory.com

Speedy Trial Act (Title 18 U.S.C. Sections 3161 – 3174), and he has authorized his undersigned attorney to set times for hearings and to agree to delays under the provisions of the Speedy Trial Act without him being personally present.

Dated: March 9, 2012                               Respectfully submitted,


/s/ Brandon Alton Conley
BRANDON ALTON CONLEY
Defendant


/s/ Chris Cosca
CHRIS COSCA
Attorney for Defendant,
BRANDON ALTON CONLEY

## **ORDER**

**IT IS SO ORDERD.**

Dated: March 12, 2012                              /s/ John A. Mendez
                                                   JOHN A. MENDEZ, JUDGE
                                                   UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com