1  BENJAMIN B. WAGNER
   United States Attorney
2  RICHARD J. BENDER
   Assistant United States Attorneys
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2731
   Facsimile: (916) 554-2900

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES,                          CASE NO.   2:12-cr-077 JAM

12                      Plaintiff,
                                            **STIPULATION CONTINUING**
13  v.                                      **STATUS CONFERENCE**

14  BRANDON CONLEY, and
    RAMON GERARDO ARMENTA,
15
                        Defendants.
16

17

18         A status conference is scheduled in this case for April 24, 2012. Counsel for all parties agree

19  that it would be appropriate to continue the status conference for two weeks until May 8, 2012 at

20  9:30 a.m. The reason for the request is that plea offers are going out today and it will allow defense

21  counsel to review the offers with their clients and consider whether the case will likely be settled or

22  whether a motions/trial schedule should be set. The Indictment in this case was filed on February

23  23, 2012, discovery went out promptly and the case is progressing at a steady pace. It is also

24  requested that time be excluded under the Speedy Trial Act (18 U.S.C. Section 3161(h)(7)(ends of

25  //

26  //

27  //

28  //

PDF created with pdfFactory trial version www.pdffactory.com

1  justice served by allowing defense counsel sufficient time to consider and consult with clients on

2  plea offer)  from April 24, 2012, through May 8, 2012.

3

4  Dated:  April 23, 2012                    Respectfully submitted,

5                                            BENJAMIN B. WAGNER
6                                            United States Attorney

7                                            by: /s/  Richard J. Bender
                                             RICHARD J. BENDER
8                                            Assistant U.S. Attorney

9

10 Dated:  April 23, 2012
                                             ____/s/ Kirk McAllister   (by RJB)____
                                             KIRK McALLISTER
11                                           Attorney for Ramon Gerardo Armenta

12

13 Dated:  April 23, 2012                    ____/s/ Christopher Cosca (by RJB)____
                                             CHRISTOPHER COSCA
14                                           Attorney for Brandon Alton Conley

15

16

17                                  **ORDER**

18 It is SO ORDERED,

19 This 23rd day of April, 2012

20                                            /s/ John A. Mendez_____
                                             JOHN A. MENDEZ
21                                           U.S. District Court Judge

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com