BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2731
Facsimile: (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>                    Plaintiff,<br><br>v.<br><br>BRANDON CONLEY, and<br>RAMON GERARDO ARMENTA,<br><br>                    Defendants. | CASE NO. 2:12-cr-077 JAM<br><br>**STIPULATION CONTINUING<br>STATUS CONFERENCE** |

A status conference is scheduled in this case for May 7, 2012. Counsel for all parties agree that it would be appropriate to continue the status conference for two weeks until May 22 2012 at 9:30 a.m. The reason for the request is that defense counsel need additional time to review and discuss plea offers with their clients to determine whether the case will likely be settled or whether a motions/trial schedule should be set. The Indictment in this case was filed on February 23, 2012, discovery went out promptly and the case is progressing at a steady pace. It is also requested that time be excluded under the Speedy Trial Act (18 U.S.C. Section 3161(h)(7)(ends of

//

//

//

//

PDF created with pdfFactory trial version www.pdffactory.com

justice served by allowing defense counsel sufficient time to consider and consult with clients on plea offer)  from May 8, 2012 through May 22, 2012.


Dated:  April 23, 2012                    Respectfully submitted,

                                          BENJAMIN B. WAGNER
                                          United States Attorney

                                          by:  /s/  Richard J. Bender
                                          RICHARD J. BENDER
                                          Assistant U.S. Attorney

Dated:  April 23, 2012

                                              /s/ Kirk McAllister   (by RJB)
                                              KIRK McALLISTER
                                          Attorney for Ramon Gerardo Armenta


Dated:  April 23, 2012                        /s/ Christopher Cosca (by RJB)
                                              CHRISTOPHER COSCA
                                          Attorney for Brandon Alton Conley



**ORDER**

It is SO ORDERED,

This 7TH day of May, 2012

                                          /s/ John A. Mendez
                                          JOHN A. MENDEZ
                                          U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com