UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:12-CR-00077 JAM |
| Plaintiff, | ) | |
| v. | ) | |
| BRANDON ALTON CONLEY and RAMON GERARDO ARMENTA, aka Lamberto Enrique Beltran, | ) | |
| Defendants. | ) | RELATED CASE ORDER |
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 2:12-CV-00811 KJM-EFB |
| v. | ) | |
| REAL PROPERTY LOCATED AT 705 THROUGH 709 SOUTH CAROLINE STREET, STOCKTON, CALIFORNIA, SAN JOAQUIN COUNTY, APN: 149-084-06, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | ) | |
| Defendants. | ) | |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort

1

PDF created with pdfFactory trial version www.pdffactory.com

and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:12-CV-00811-KJM-EFB be reassigned to Judge John A. Mendez for all further proceedings, and any dates currently set in this reassigned case <u>only</u> are hereby VACATED. Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:12-CV-00811-JAM-EFB.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: August 10, 2012.

/s/ John A. Mendez_____ \_
UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com